**Michele Z. DARBEAU, Plaintiff—Appellant,**

v.

**AIR CONDITIONING & REFRIGERATION INSTITUTE (ARI), Defendant—Appellee.**

**No. 04–2145.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 7, 2005.

Decided Jan. 25, 2005.

Michele Z. Darbeau, Appellant pro se. Kelvin Level Newsome, Mikie Fotios Melis, Leclair Ryan, PC, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michele Z. Darbeau appeals the district court's orders dismissing her civil action against the Air Conditioning & Refrigeration Institute, denying her motion to alter or amend judgment, and denying as moot her motion to compel production of documents. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Darbeau v. Air Conditioning & Refrigeration Inst.,* No. CA–04–467 (E.D. Va. filed July 7, 2004 & entered July 8, 2004; filed Aug. 12, 2004 & entered Aug. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*